1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  MATTHEW A. PARRELLA (NYBN 2040855)
   Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5042
       FAX: (408) 535-5066
8      matthew.parrella@usdoj.gov

   Attorneys for United States of America
9

ORIGINAL FILED

OCT 29 2013

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )  NO. CR- 13-00703 LHK (HRL)
14                                   )
        Plaintiff,                   )
15                                   )
        v.                           )  UNITED STATES' MOTION TO UNSEAL
16                                   )  INDICTMENT AND ARREST WARRANTS
    ADRIAN BALTAGA, and              )
17  GHEORGHE BALTAGA,                )
                                     )  Filed Under Seal
18      Defendants.                  )
                                     )
19  ─────────────────────────────────

20   The United States hereby applies for an order unsealing the indictment and arrest warrants in the
21  above-captioned case. The defendants have been arrested in another district under case number 13-
22  00703-LHK (HRL), and will be ordered to appear in the Northern District of California so there is no
23  ///
24  ///
25  ///
26
27
28
   UNITED STATES' MOTION TO
   UNSEAL INDICTMENT AND WARRANTS
   U.S. v. BALTAGA, et al.

1  longer any reason to keep those documents under seal.

3  DATED: October 29, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 10/29/2013

_____
~~PAUL S. GREWAL~~
United States Magistrate Judge

Nathanael Cousins
Duty Magistrate Judge

UNITED STATES' MOTION TO
UNSEAL INDICTMENT AND WARRANTS
U.S. v. BALTAGA, et al.