

**FILED**
NOV 7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ADRIAN BALTAGA | | **COMMITMENT TO ANOTHER DISTRICT** |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 13MJ221 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (Specify)

Charging a violation of      U.S.C. §
**DISTRICT OF OFFENSE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

**DESCRIPTION OF CHARGES: CONSPIRACY TO COMMIT BANK FRAUD AND WIRE FRAUD; BANK FRAUD; AIDING AND ABETTING; FORFEITURE OF FRAUD PROCEEDS**

**CURRENT BOND STATUS:**
☐ Bail fixed at    And conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    ☒ Federal Defender Organization    ☐ CJA Attorney    ☐ None
**Interpreter Required?** ☒ No    ☐ Yes    Language:

**DISTRICT OF** NORTHERN CA – SAN JOSE

**TO: THE UNITED STATES MARSHAL**
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/7/13
Date

STANLEY A. BOONE, United States Magistrate Judge

**This Commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO94 (Fresno – Oct. 2013)